tion for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Edward G. Smith* for petitioner. *Mr. George M. Hoffheimer* for respondent.

No. 899. CON M. SULLIVAN *v.* UNITED STATES. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. E. G. Wilson* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

No. 900. WILLIAM MANN *v.* UNITED STATES. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. E. G. Wilson* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

No. 905. THOMAS B. FELDER *v.* UNITED STATES. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank P. Walsh* for petitioner. *Solicitor General Mitchell, Assistant to the Attorney General Donovan,* and *Mr. Clifford H. Byrnes* for the United States.

No. 907. SAMUEL MARCUSSON *v.* UNITED STATES. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. M. Michael Edelstein* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Mahlon D. Kiefer* for the United States.

No. 910. MARY HARRELL, BY HER NEXT FRIEND, ZORA C. LANNON, *v.* PRAIRIE OIL & GAS COMPANY. March 8,